IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMONA DE JESUS CORREA, et al.,

    Plaintiffs,

v.                                CIVIL NO. 97-1527 (RLA)

THE UNITED STATES OF AMERICA,

    Defendant.

**ORDER AUTHORIZING WITHDRAWAL OF FUNDS
BY PLAINTIFF GISELLE RODRIGUEZ TORRES**

It appearing that plaintiff GISELLE RODRIGUEZ TORRES is no longer a minor,[1] her request for withdrawal of the settlement award held with the Court's Registry is **GRANTED**.

Accordingly, the Clerk of the Court is hereby ORDERED to issue a check in the amount of **$16,154.00**, plus interest accrued, less registry fees from Account No. **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** made payable to plaintiff GISELLE RODRIGUEZ TORRES and mail it to: P.O. Box 20348, San Juan, P.R. 00928. Tel. No. (787) 765-9190 and Cel. No. (787) 568-4422.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of November, 2003.

                                    RAYMOND L. ACOSTA
                                    United States District Judge

---

[1] See Letter dated October 4, 2003 attached as Appendix A.